IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON PRUITT, | No. CIV S-05-0929-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding pro se,[1] brings this action for judicial review pursuant to 42 U.S.C. § 405(g). On October 6, 2005, the court granted plaintiff's motion for leave to proceed in forma pauperis and issued a scheduling order. Defendant has filed a response to the complaint by way of a motion to dismiss asserting lack of subject matter jurisdiction. Specifically, defendant asserts that plaintiff's case is still pending before the administrative agency and, as such, there is no final decision of the Commissioner of Social Security for this court to review. Plaintiff will be required to respond to defendant's motion. Further briefing on

---

[1] The court's October 6, 2005, order granting in forma pauperis status incorrectly stated that plaintiff was proceeding with retained counsel.

1

the merits pursuant to the court's October 6, 2005, scheduling order will be suspended.

A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. Plaintiff, however, has not notified the court regarding consent. Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

Plaintiff will be required to show cause regarding his failure to comply. <u>Plaintiff is advised that the submission of proper notification regarding consent will be considered an adequate response to this order to show cause</u>. Plaintiff will be forwarded a copy of the court's form regarding consent.

Finally, plaintiff is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to defendant's motion to dismiss within 20 days of the date of service of this order;

2. Plaintiff shall show cause in writing, within 20 days from the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders;

3. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment"; and

4. Further briefing on the merits pursuant to the court's scheduling order is suspended.

DATED: February 6, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE